UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THEODORE S. LABELLA                    JURY TRIAL DEMANDED

v.                                     CASE NO. 3:11 cv

ENHANCED RECOVERY COMPANY, LLC

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Middletown Connecticut.

4. The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. Defendant is a member of a collectors' trade organization, ACA International.

6. Defendant is a "debt collector" as the term is defined in the FDCPA.

7. Defendant sent plaintiff an initial letter dated April 11, 2011, with the 30-day validation notice required by 15 U.S.C. §1792g on the reverse.

8. Defendant demanded settlement payment by April 26, 2011.

9. Defendants' collection efforts violated 15 U.S.C. §1692-e, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such compensatory and punitive damages as are permitted by law, as well as $1,000 statutory damages under the FDCPA.

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

                THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772-0395
      faulknerlawoffice@snet.net